IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KIANNA G. REED**                                                              **PLAINTIFF**

v.                              **5:08CV00323 BSM**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                   **DEFENDANT**

## ORDER

The court has received the proposed findings and recommendations from Magistrate Judge Henry L. Jones. The parties have filed no objections. After carefully reviewing the proposed findings and recommendations and reviewing the record *de novo*, it is concluded that the findings and recommendations should be, and hereby are, approved and adopted in all respects in their entirety.

Plaintiff's claims are DISMISSED without prejudice.

IT IS SO ORDERED this 31st day of March, 2010.

UNITED STATES DISTRICT JUDGE