# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KIANNA G. REED**                                                                                           **PLAINTIFF**

**v.**                                           **5:08CV00323 BSM**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, the decision of the Commissioner is affirmed and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 31st day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE